IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| P&J ARCOMET, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:07cv342 |
| v. ) | |
| ) | |
| PERINI CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Plaintiff's Motion for Summary Judgment (Dkt. no. 42), Defendant's Opposition, and Plaintiff's Reply thereto. For the reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. no. 42) is DENIED.

ENTERED this 26th day of October, 2007.

/s/
Liam O'Grady
United States District Judge

Alexandria, Virginia