IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| P&J ARCOMET, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:07cv342 |
| v. | ) | |
| | ) | |
| PERINI CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter was tried before the Court sitting without a jury. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that judgment is entered in favor of Defendant.

Entered this 14th day of November, 2007

                                                                            /s/
                                                      Liam O'Grady
                                                      United States District Judge

Alexandria, Virginia